BREYER, District Judge,
concurring:
District courts serve as gatekeepers responsible for admitting relevant evidence, except where the probative value of that evidence “is substantially outweighed by a danger of ... unfair prejudice, confusing the issues, misleading the jury, wasting time, or needlessly presenting cumulative evidence.” Fed.R.Evid. 403. While the Court today has correctly stated the standard for what it means to have a “reasonable cause to believe” under § 841(c)(2), the gatekeeper function remains unchanged. Accordingly, defendants do not have carte blanche to introduce scienter evidence of marginal probative value that tends to “induc[e] decision on a purely emotional basis” or run afoul of the familiar Rule 403 factors. See Fed.R.Evid. 403 & advisory committee’s note.
--